AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| FREDDY CASTRO, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| BURSTYN PROPERTIES, INC., et al, | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VERO BOWL, L.L.C.,
Through its Registered Agent / KARL J. SCHUMER, ESQ.
18851 NE 29 AVE
HARBOUR CENTER, SUITE 700
AVENTURA, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregg I. Shavitz, Esq.
Camar R. Jones, Esq.
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Ste. 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888; Facsimile: (561) 447-8831

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FREDDY CASTRO,
*Plaintiff*

v.

BURSTYN PROPERTIES, INC., et al,
*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAVID BURSTYN, Inidivdually,
360 NE 125 STREET # 101
NORTH MIAMI, FL 33161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregg I. Shavitz, Esq.
Camar R. Jones, Esq.
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Ste. 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888; Facsimile: (561) 447-8831

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*